Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
Email: vigila@ballardspahr.com
Email: priesth@ballardspahr.com

*Attorneys for Defendant/Counter-Defendant*
*The PNC Financial Services Group, Inc. and*
*Counter-Defendant PNC Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MOTT;<br><br>        Plaintiff,<br><br>v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC.; SELECT PORTFOLIO SERVICING, INC.; TRINITY FINANCIAL SERVICES, LLC; RADIAN SERVICES, LLC; AND SPECIAL DEFAULT SERVICES, INC.;<br><br>        Defendants. | CASE NO. 2:16-cv-01949-JCM-CWH<br><br>**JOINT MOTION AND ORDER TO EXTEND DEADLINE** |

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

TROJAN CAPITAL INVESTMENTS, LLC;

Counterclaimant(s)

v.

RODNEY MOTT; RADIAN SERVICES, LLC; THE PNC FINANCIAL SERVICES GROUP, INC.; BANK OF AMERICA, N.A.; SELECT PORTFOLIO SERVICING, INC.; WILMINGTON TRUST, NATIONAL ASSOCIATION, not in its individual capacity but solely as trustee under the Greenwich Investors XL Pass-Through Trust Agreement; DTA SOLUTIONS LLC; BSI FINANCIAL SERVICES INC.; DREAMBUILDER INVESTMENTS LLC; LAND HOME FINANCIAL SERVICES, LLC; and Also all other persons unknown claiming any right, title, estate, lien or interest in the real property described in the counterclaim adverse to counterclaimant's ownership in the referenced lien and note stated herein, or any cloud upon counterclaimant's title to the referenced lien and note herein inclusive;

Counter-defendant(s).

Counter-Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A. (collectively "PNC") and Counterclaimant Trojan Capital Investments, LLC ("Trojan")(collectively with PNC, the "Parties"), by and through their counsel of record[1], jointly move to extend the deadline for PNC to respond to Trojan's counterclaim (ECF No. 38). The parties state that:

---

[1] PNC Financial Services Group, Inc. ("PNC Financial") was named in the complaint, but was terminated from the case via a judgment entered on February 23, 2017 (ECF No. 37). Later, Trojan named PNC Financial in the counterclaim (EFC No. 38). Ballard Spahr, LLP now represents PNC Financial with respect to the counterclaim.

1.     On August 16, 2016, this action was initiated by Plaintiff Rodney Mott.

2.     Subsequently, a Notice of Acceptance with Offer of Judgment was filed on February 22, 2017 (ECF No. 36) and a Judgment was entered against PNC Financial on February 23, 2017 (ECF No. 37).

3.     On March 13, 2017, Trojan filed an amended answer and counterclaim, naming PNC as a counter-defendant (ECF No. 38).

4.     PNC was personally served with the counterclaim and the deadline to respond to the counterclaim is April 20, 2017.

5.     The Parties now stipulate and agree to extend PNC's deadline to respond to the counterclaim from April 21, 2017 to May 22, 2017.

6.     This is the Parties' first request for extension of this deadline, which is not intended to cause any delay or prejudice to any party.

*[Continued on next page]*

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

7.    The extension will allow PNC to fully investigate Trojan's allegations in the counterclaim so that PNC may appropriately respond thereto. The extension will also accommodate PNC counsel's schedule and conflicts.

Dated: April 20, 2017

BALLARD SPAHR LLP


By: /s/  Holly Ann Priest
    Joel E. Tasca
    Nevada Bar No. 14124
    Holly Ann Priest
    Nevada Bar No. 13226
    100 North City Parkway, Suite 1750
    Las Vegas, Nevada 89106

    *Attorneys for Counter-Defendants*
    *PNC Financial Services Group, Inc*
    *and PNC Bank, N.A.*

Dated: April 20, 2017

BURKE, WILLIAMS & SORENSEN, LLP


By: /s/  Richard J. Reynolds
    Richard J. Reynolds, Esq.
    Nevada Bar No. 11864
    1851 East First Street, Suite 1550
    Santa Ana, CA 92705

    Michael R. Brooks, Esq.
    BROOKS HUBLEY, LLP
    1645 Village Center Circle, Suite 60
    Las Vegas, Nevada 89134

    *Attorneys for Trojan Capital*
    *Investments, LLC*


IT IS SO ORDERED.

DATED:  April 21, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

BALLARD SPAHR LLP

By: /s/  Holly Ann Priest
    Joel E. Tasca
    Nevada Bar No. 14124
    Holly Ann Priest
    Nevada Bar No. 13226
    Ballard Spahr LLP
    Nevada Bar No. 13226
    100 North City Parkway, Suite 1750
    Las Vegas, Nevada  89106

    *A Attorneys for Counter-Defendants*
    *PNC Financial Services Group, Inc*
    *and PNC Bank, N.A.*

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

# CERTIFICATE OF SERVICE

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I HEREBY CERTIFY that on April 20, 2017, I served a true and correct copy of **JOINT MOTION AND ORDER TO EXTEND DEADLINE,** on the following parties by filing same with the Court's CM/ECF electronic filing system:

| | |
|---|---|
| David H. Krieger<br>Matthew I. Knepper<br>Miles N. Clark<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>*Attorneys for Plaintiff/Counter-*<br>*Defendant Rodney Mott* | Dana Jonathon Nitz<br>Michael S. Kelley<br>WRIGHT, FINLAY & ZAK, LLP<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant/Counter-*<br>*Defendant Select Portfolio Servicing, Inc.* |
| Michael R. Brooks<br>BROOKS HUBLEY, LLP<br>1645 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorney for Defendants Trinity*<br>*Financial Services, LLC and*<br>*Defendant/Counter-Claimant Trojan*<br>*Capital Investments, LLC* | Richard J. Reynolds<br>BURKE, WILLIAMS & SORENSEN, LLP<br>1851 East First Street, Suite 1550<br>Santa Ana, CA 92705<br>*Attorney for Defendant Trinity Financial*<br>*Services, LLC; Special Default Services,*<br>*Inc.; and Defendant/Counter-Claimant*<br>*Trojan Capital Investments, LLC* |
| Kurt R. Bonds<br>Stephen A. Fogdall<br>Trevor Waite<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>*Attorneys for Cross-Defendant/*<br>*Counter-Defendant Radian Services, LLC* | |

/s/ C. Wells
An employee of BALLARD SPAHR LLP