**Schwartz Flansburg PLLC**
Frank M. Flansburg III, Esq.
Nevada Bar No. 6974
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
frank@nvfirm.com
Attorneys for Counterdefendant
Land Home Financial Services, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MOTT,<br><br>Plaintiff,<br><br>vs.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC.; SELECT PORTFOLIO SERVICING, INC.; TRINITY FINANCIAL SERVICES, LLC and TROJAN CAPITAL INVESTMENTS, LLC; RADIAN SERVICES, LLC; and SPECIAL DEFAULT SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-CV-01949-JCM-CWH<br><br>**JOINT MOTION AND ORDER TO EXTEND DEADLINE** |
| TROJAN CAPITAL INVESTMENTS, LLC;<br><br>Counterclaimant,<br><br>vs.<br><br>RODNEY MOTT; RADIAN SERVICES, LLC; PNC BANK, N.A.; THE PNC FINANCIAL SERVICES GROUP, INC.; BANK OF AMERICA, N.A.; SELECT PORTFOLIO SERVICING, INC.; WILMINGTON TRUST, NATIONAL ASSOCIATION, not in its individual capacity but solely as trustee under the Greenwich Investors XL Pass-Through Trust Agreement; DTA SOLUTIONS LLC; BSI FINANCIAL SERVICES INC.; DREAMBUILDER INVESTMENTS LLC; | |

4843-2384-3652, v. 1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | LAND HOME FINANCIAL SERVICES, INC;<br>and Also all other persons unknown claiming any right, title, estate, lien or interest in the real property described in the counterclaim adverse to counterclaimant's ownership in the referenced lien and note stated herein, or any cloud upon counterclaimant's title to the referenced lien and note herein inclusive; |
| 6 | Counterdefendants. |

## JOINT MOTION AND ORDER TO EXTEND DEADLINE

Counterdefendant Land Home Financial Services, Inc. ("Land Home") and Counterclaimant Trojan Capital Investments, LLC ("Trojan") (Land Home and Trojan collectively, the "Parties"), by and through their counsel of record, jointly move to extend the deadline for Land Home to respond to Trojan's counterclaim (ECF Doc. No. 38). The Parties state that:

1. On August 16, 2016, this action was initiated by Plaintiff Rodney Mott.

2. On March 13, 2017, Trojan filed an amended answer and counterclaim, naming Land Home as a counter-defendant (ECF No. 38).

3. The Parties now stipulate and agree to extend Land Home's deadline to respond to the counterclaim to June 19, 2017.

4. This is the Parties' first request for an extension of this deadline, which is not intended to cause any delay or prejudice to any party.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4843-2384-3652, v. 1

5. The extension will allow Land Home to fully investigate Trojan's allegations in the counterclaim so that Land Home may appropriately respond thereto.

Dated this 15th day of June, 2017      Dated this 15th day of June, 2017

SCHWARTZ FLANSBURG PLLC      BURKE, WILLIAMS & SORENSON, LLP

*/s/ Frank M. Flansburg III*      */s/ Richard J. Reynolds*
Frank M. Flansburg III, Esq.      Richard J. Reynolds, Esq.
Nevada Bar No. 6974      Nevada Bar No. 11864
6623 Las Vegas Blvd. South, Suite 300      1851 East First St., Ste. 1550
Las Vegas, Nevada 89119      Santa Ana, CA 92705

Attorneys for Counterdefendant      Michael R. Brooks, Esq.
Land Home Financial Services, Inc.      Nevada Bar No.
     BROOKS HUBLEY, LLP
     1645 Village center Cir., Ste. 60
     Las Vegas, NV 89134

     Attorneys for Counterclaimant
     Trojan Capital Investments, LLC

**ORDER**

IT IS SO ORDERED.

IT IS SO ORDERED.

DATED: June 16, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Submitted By:

SCHWARTZ FLANSBURG PLLC

*/s/ Frank M. Flansburg III*
Frank M. Flansburg III, Esq.
Nevada Bar No. 6974
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Attorneys for Counterdefendant
Land Home Financial Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of June, 2017., I served a copy of the foregoing **JOINT MOTION AND ORDER TO EXTEND DEADLINE** upon each of the parties via electronic service through the United States District Court for the District of Nevada's ECF system.

Michelle Tuason, an employee of Schwartz Flansburg PLLC

4843-2384-3652, v. 1