1   Richard J. Reynolds (SBN 11864)
    E-mail:  rreynolds@bwslaw.com
2   BURKE, WILLIAMS & SORENSEN, LLP
    1851 East First Street, Suite 1550
3   Santa Ana, CA  92705-4067
    Tel: 949.863.3363    Fax:  949.863.3350
4
    Michael R. Brooks (SBN 7287)
5   E-mail:  mbrooks@brookshubley.com
    BROOKS HUBLEY, LLP
6   1645 Village Center Circle, Suite 60
    Law Vegas, NV  89134
7   Tel: 702.851.1191    Fax: 702.851.1198
8   Attorneys for Defendant and Counterclaimant
    TROJAN CAPITAL INVESTMENTS, LLC and
9   Defendant TRINITY FINANCIAL SERVICES,
    LLC
10

11                  UNITED STATES DISTRICT COURT

12                       DISTRICT OF NEVADA

13

| | |
|---|---|
| 14  RODNEY MOTT, | Case No.  2:16-cv-01949-JCM-CWH |
| 15           Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO** |
| 16  v. | **PLAINTIFF'S RE-URGED MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC.** |
| 17  THE PNC FINANCIAL SERVICES GROUP, INC; SELECT PORTFOLIO | **84) AND TO FILE REPLY TO RESPONSE TO THE MOTION** |
| 18  SERVICING, INC; TRINITY FINANCIAL SERVICES, LLC; TROJAN | |
| 19  CAPITAL INVESTMENTS, LLC, RADIAN SERVICES, LLC; and SPECIAL | **(First Request)** |
| 20  DEFAULT SERVICES, INC. | |
| 21           Defendants. | |
| 22  TROJAN CAPITAL INVESTMENTS, LLC, | |
| 23 | |
| 24           Counterclaimant, | |
| 25  v. | |
| 26  RODNEY MOTT; RADIAN SERVICES, LLC;  THE PNC BANK, N.A.;  THE PNC | |
| 27  FINANCIAL SERVICES GROUP, INC. BANK OF AMERICA, N.A.; SELECT | |
| 28  PORTFOLIO SERVICING, INC.; WILMINGTON TRUST, NATIONAL | |

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4846-4054-0491 v2          - 1 -                    STIPULATION AND ORDER
06837-0033

1   ASSOCIATION, not in its individual
     capacity but solely as trustee under the
2   Greenwich Investors XL Pass-Through
     Trust Agreement; DTA SOLUTIONS
3   LLC; BSI FINANCIAL SERVICES INC.;
     DREAMBUILDER INVESTMENTS
4   LLC; LAND HOME FINANCIAL
     SERVICES, INC.; TRINITY FINANCIAL
5   SERVICES, LLC; and Also all other
     persons unknown claiming any right, title,
6   estate, lien or interest in the real property
     described in the counterclaim adverse to
7   counterclaimant's ownership in the
     referenced lien and note stated herein, or
8   any cloud upon counterclaimant's title to
     the referenced lien and note herein
9   inclusive,

10              Counterdefendants.

11

12       Plaintiff Rodney Mott ("Mott"), Defendants Trojan Capital Investments, LLC ("Trojan"),

13   and Trinity Financial Services, LLC ("Trinity"), by and through their counsel of record request

14   the Court to extend the deadline for Trojan and Trinity to file their Response(s) to Mott's Motion

15   (Doc. 84), and to extend the deadline for Mott to file his Reply to the Response(s) of Trojan and

16   Trinity.[1] Trojan, Trinity, and Mott further state that:

17       1.      On August 16, 2016, this action was initiated by Mott.

18       2.      On December 9, 2017, the Court entered its Scheduling Order in this case, setting

19   dispositive motions for July 11, 2017.  ECF Dkt. 30.

20       3.      Mott filed his Re-Urged Motion for Partial Summary ("Motion") on June 26,

21   2017.  The Responses of Trinity and Trojan are due July 17, 2017.

22       4.      Trojan and Trinity request an extension of time in which they may file and serve

23   their Response(s) to the Motion to and including **July 31, 2017**.

24       5.      In turn, Mott requests an extension of time in which to file and serve its Reply to

25   the Response(s) of Trojan and Trinity to the Motion to and including **August 25, 2017**.

26

27     [1] Mott has moved to strike Trojan's Amended Answer and Counterclaims on grounds of untimeliness, ECF Dkt. and
does not concede that joinder of any entities made through Trojan's Amended Answer was appropriate.  And
28   reference to Mott as a "counterdefendant," or identification of any other party as a "counterclaimant" or
"counterdefendant" is not a concession by Mott that such a term is appropriate.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4846-4054-0491 v2
06837-0033

STIPULATION AND ORDER

1    6.    Trojan, Trinity, and Mott are not intending their extensions to cause delay.

2    7.    The extensions will allow Trojan and Trinity the time necessary to fully analyze

3    and brief the issues found in the Motion, and will allow Plaintiff Mott the time necessary to fully

4    analyze and brief the issues anticipated in the Response(s) to the Motion.  The parties stipulate

5    that Trojan and Trinity's response will not include any "countermotions" for summary judgment,

6    which the Parties agree would necessitate further briefing and cause further delay in the

7    prosecution of this case.

8    8.    This is the parties' first request for an extension of these deadlines.

9

10    IT IS SO STIPLATED:

11    Dated : July 13, 2017                          Dated: June 13, 2017

12    KNEPPER & CLARK, LLP                          BURKE, WILLIAMS & SORENSEN, LLP

13

14    By: /s/ *Miles Clark*                          By: /s/ *Richard J. Reynolds*

15    Miles Clark                                    Richard J. Reynolds
      Matthew Knepper                                Nevada Bar No. 11864

16    Nevada Bar No. 12796                           1851 East First Street, Suite 1550
      10040 W. Cheyenne Ave., Ste. 170-109           Santa Ana, CA 92705

17    Las Vegas, NV 89129

18    David H. Krieger                               Michael R. Brooks
      Nevada Bar No. 9086                            BROOKS HUBLEY, LLP

19    HAINES & KRIEGER, LLC                          1645 Village Center Circle, Suite 60
      8985 S. Eastern Ave., Suite 350               Law Vegas, NV  89134

20    Henderson, NV 89123

21    Attorneys for Plaintiff and                    Attorneys for Defendant and
      Counterdefendant                               Counterclaimant

22    Rodney Mott                                    Trojan Capital Investments, LLC and
                                                     Defendant Trinity Financial Services, LLC

23

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4846-4054-0491 v2                    - 3 -                    STIPULATION AND ORDER
06837-0033

1    Dated: June 13, 2017                    Dated: June 13, 2017

2    BALLARD SPAHR, LLP                      SCHWARTZ FLANSBURG, PLLC

3

4    By: /s/ *Holly A. Priest*               By: /s/ *Frank M. Flansburg*
         Joel E. Tasca                           Frank M. Flansburg, III
5        Nevada Bar No. 14124                    Nevada Bar No. 6974
         Holly Ann Priest                        6623 Las Vegas Blvd., South, Suite 300
6        Nevada Bar No. 13226                    Las Vegas, NV 89119
         100 North City Parkway, Suite 1750
7        Las Vegas, NV 89106                     Attorneys for Counterdefendant
                                                 Land Home Financial Services, Inc.
8        Attorneys for Counterdefendants
         PNC Financial Services Group, Inc. and
9        PNC Bank, N.A.

10   Dated: June 13, 2017                    Dated: June 13, 2017

11   MCCARTHY & HOLTHUS, LLP                 WRIGHT, FINLAY& ZAK, LLP

12

13   By: /s/ *Priscilla L. Baker*           By: /s/ *Michael S. Kelley*
         Kristin A. Schuler-Hinz                Dana Jonathan Nitz
14       Nevada Bar No. 7171                     Nevada Bar No. 0050
         Priscilla L. Baker,                     Michael S. Kelley
15       Nevada Bar No. 13449                    Nevada Bar No. 1010
         9510 West Sahara Avenue, Suite 200      7785 W. Sahara Ave., Suite 200
16       Las Vegas, NV 89117                     Las Vegas, NV 89117

17       Attorneys for Counterdefendant         Attorneys for Counterdefendants
         Bank of America, N.A.                   Select Portfolio Servicing, Inc.
18

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4846-4054-0491 v2                    - 4 -                    STIPULATION AND ORDER
06837-0033

Dated: June 13, 2017

Dated: June 13, 2017

HOUSER & ALLISON, APC

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ *Jeffrey Allison*
Jeffrey Allison
Nevada Bar No. 8949
9970 Research Drive
Irvine CA 92618
3900 Paradise Road Suite 101
Las Vegas, NV 89169

Attorneys for Counterdefendant
Servis One, Inc. dba BSI Financial
Services

By: /s/ Stephen A. Fogdall
Stephen A. Fogdall
Pro Hac Vice
1600 Market Street, Suite 3600
Philadelphia PA 19103-7286

Kurt R. Bonds
Nevada Bar No. 6228
Trevor R. Waite
Nevada Bar No. 13779
ALVERSON, TAYLOR, MORTENSEN &
SANDERS 7401 W. Charleston Blvd.
Las Vegas, NV 89117

Attorneys for Counterdefendant
Radian Services, LLC

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO ORDERED**

Dated:    July 17, 2017

UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4846-4054-0491 v2
06837-0033

- 5 -

STIPULATION AND ORDER

1
2
3
4
5
6
7   Respectfully submitted by:

8   BURKE, WILLIAMS & SORENSEN, LLP

9

10  By: /s/ *Richard J. Reynolds*

11       Richard J. Reynolds

12  Michael R. Brooks
     BROOKS HUBLEY, LLP
13  1645 Village Center Circle, Suite 60
     Law Vegas, NV  89134

14  Attorneys for Defendant and
15  Counterclaimant TROJAN CAPITAL
     INVESTMENTS, LLC  and Defendant
16  TRINITY FINANCIAL SERVICES, LLC

17
18
19
20
21
22
23
24
25
26
27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4846-4054-0491 v2                - 6 -                    STIPULATION AND ORDER
06837-0033

**CERTIFICATE OF SERVICE**

Pursuant to L.R., Part II, 5-4, I certify that I am an employee of BURKE, WILLIAMS & SORENSEN, LLP, and that on July 13, 2017, I caused to be served a true copy of the **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S RE-URGED MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. 84) AND TO FILE REPLY TO RESPONSE TO THE MOTION** addressed to all parties and counsel as identified on the Court-generated Notice of Electronic Filing; all counsel being registered to receive CM/ECF Electronic Filing as follows:

- **Dana Jonathon Nitz** - dnitz@wrightlegal.net, NVefile@wrightlegal.net
- **David H. Krieger** - dkrieger@hainesandkrieger.com, ghaines@hainesandkrieger.com, igotnotices@hainesandkrieger.com, rachel@hainesandkrieger.com
- **Frank M Flansburg, III** - frank@nvfirm.com, brian@nvfirm.com, ecf@schwartzlawyers.com, michelle@nvfirm.com, schwartzecf@gmail.com, troy@nvfirm.com
- **Holly Priest** - priesth@ballardspahr.com, lvdocket@ballardspahr.com, wellsc@ballardspahr.com
- **Jeffrey S Allison** - jallison@houser-law.com, chershey@houser-law.com, vcampbell@houser-law.com
- **Joel Edward Tasca** - tasca@ballardspahr.com, lvdocket@ballardspahr.com, waltons@ballardspahr.com
- **Kristin A Schuler-Hintz** - FDCNV@mccarthyholthus.com
- **Kurt R. Bonds** - efile@alversontaylor.com, kbonds@alversontaylor.com
- **Matthew I Knepper** - matthew.knepper@knepperclark.com, efiling@knepperclark.com
- **Michael R Brooks** - efile@brooksubley.com, jshaffer@brooksubley.com, mbrooks@brooksubley.com, nlane@brooksubley.com, rhernandez@brooksubley.com, sllanos@brooksubley.com, srose@brooksubley.com
- **Michael S. Kelley** - mkelley@wrightlegal.net, jcraig@wrightlegal.net, NVefile@wrightlegal.net
- **Miles N Clark** - miles.clark@knepperclark.com, efiling@knepperclark.com
- **Richard J. Reynolds** - rreynolds@bwslaw.com, fcabezas@bwslaw.com, psoeffner@bwslaw.com, rjr-nef@bwslaw.com, tmims@bwslaw.com

/ / /

/ / /

IRV #4820-7455-9544 v1

1   • **Stephen Fogdall** - sfogdall@schnader.com

2   • **Trevor Waite** - twaite@alversontaylor.com, efile@alversontaylor.com

3

4

5   _____
    Patti Soeffner

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRV #4820-7455-9544 v1                          - 2 -

CERTIFICATE OF SERVICE