UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RODNEY MOTT, | Case No. 2:16-CV-1949 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| THE PNC FINANCIAL SERVICES GROUP, INC., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Mott v. The PNC Financial Services Group, Inc. et al.*, case number 2:16-cv-01949-JCM-CWH

On August 16, 2016, plaintiff Rodney Mott initiated this action against defendants The PNC Financial Services Group, Inc.; Select Portfolio Servicing, Inc.; Trinity Financial Services, LLC; Trojan Capital Investments, LLC; Radian Services, LLC; and Special Default Services, Inc. (collectively "defendants"). (ECF No. 1).

On October 19, 2016, the court set the deadline for the parties to file a proposed joint pretrial order on May 12, 2017. (ECF No. 22). On December 12, 2016, the court extended the filing deadline to August 10, 2017. (ECF No. 31).

On March 27, 2019, Mott filed a status report representing that he reached out to defendants' counsel to prepare a joint status report requesting that the court set a new proposed pretrial order filing deadline, but defendants' counsel did not respond. (ECF No. 127). The record before the court shows that the defendants have not made substantive filings since December 5, 2017. *See* (ECF No. 117).

**James C. Mahan**
**U.S. District Judge**

Because the court cannot proceed with this action until the parties file a proposed joint pretrial order, the court will set a new filing deadline ten (10) days from the date of this order. If the parties fail to submit the necessary filing, Mott shall immediately follow the protocol for default judgment pursuant to Federal Rule of Civil Procedure 55.

Accordingly,

IT IS HEREBY ORDERED that the parties shall file a proposed joint pretrial order within ten (10) days from the date of this order. If defendants fail to comply with this order, plaintiff Rodney Mott shall initiate the protocol for default judgment pursuant to Federal Rule of Civil Procedure 55.

DATED April 1, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -