UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RODNEY MOTT,<br><br>Plaintiff(s),<br><br>v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC., et al.,<br><br>Defendant(s). | Case No. 2:16-CV-1949 JCM (EJY)<br><br>ORDER |

Presently before the court is the matter of *Mott v. The PNC Financial Services Group, Inc. et al,* case no. 2:16-cv-01949-JCM-EJY.

On August 15, 2019, plaintiff Rodney Mott filed a motion requesting that the court continue trial. (ECF No. 146). On that same day, plaintiff also moved to shorten time on the motion to continue trial, as trial is currently set for September 23, 2019. (ECF No. 147).

The court will set the briefing schedule as follows: defendants' response is due on or before August 26, 2019; plaintiff's reply is due three days after defendants file their response (if any).

Accordingly,

IT IS SO ORDERED.

DATED August 20, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**