UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RODNEY MOTT,<br><br>Plaintiff(s),<br><br>v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC., et al.,<br><br>Defendant(s). | Case No. 2:16-CV-1949 JCM (EJY)<br><br>ORDER |

Presently before the court is the matter of *Mott v. The PNC Financial Services Group, Inc. et al,* case no. 2:16-cv-01949-JCM-EJY.

On August 15, 2019, plaintiff Rodney Mott filed motions requesting that the court continue trial and shorten time on the motion to continue trial. (ECF Nos. 146, 147). The court entered an order requiring defendants to submit their response by August 26, 2019, to be followed within three (3) days by plaintiff's reply. (ECF No. 154). In their response, defendants have not opposed plaintiff's motion to continue trial. (ECF No. 155).

Plaintiff represents that he is a referee for the National Basketball Association ("NBA"), and that each year he is obligated to attend mandatory training in New York, New York. *Id*. Plaintiff alleges that "several weeks ago, the NBA rescheduled [his] mandatory training session to begin on Sunday, September 22 and to end on Friday, September 27." *Id*. Plaintiff asserts that this development was unexpected, and that to maintain a trial date of September 23, 2019, would force him to choose between appearing at his own trial or appearing for his mandatory, out-of-state employment training. *Id*.

**James C. Mahan**
**U.S. District Judge**

Good cause appearing, the trial set for September 23, 2019, is hereby vacated. The court will hold a status conference regarding the trial date and other deadlines on September 5, 2019, at 10:30 a.m.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Mott's motion to continue trial (ECF No. 146) be, and the same hereby is, GRANTED, consistent with the foregoing.

DATED August 28, 2019.

_____
UNITED STATES DISTRICT JUDGE