MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
MATTHEW D. WHITTAKER
Nevada Bar No. 13281
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mbrooks@klnevada.com
mwhittaker@klnevada.com

Attorneys for Defendants
TROJAN CAPITAL INVESTMENTS, LLC and
TRINITY FINANCIAL SERVICES, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RODNEY MOTT,<br><br>Plaintiff,<br><br>vs.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC; SELECT PORTFOLIO SERVICING, INC; TRINITY FINANCIAL SERVICES, LLC; and TROJAN CAPITAL INVESTMENTS, LLC,<br><br>Defendants. | CASE NO. 2:16-cv-01949-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION IN LIMINE TO INTRODUCE PRIOR DEPOSITION TRANSCRIPTS OF DON A. MADDEN, III FOR IMPEACHMENT PURPOSES (FIRST REQUEST)** |

Pursuant to LR IA 6-2 and LR 7-1, Plaintiff Rodney Mott and Defendants Trinity Financial Services, LLC and Trojan Capital Investments, LLC (collectively "Defendants"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On August 19, 2019, Plaintiff filed his Motion in Limine to Introduce Prior Deposition Transcripts of Don A. Madden, III for Impeachment Purposes [ECF No. 152] ("Motion").

2. The Notice of Electronic Filing stated Defendants' response is due on September

2, 2019, which is a Court holiday.

      3.    Upon Defendants' counsel's request due to a trial in another matter and the Court holiday, Defendants shall now have until Friday, September 6, 2019, to respond to the Motion.

This Stipulation is made for good cause and not for the purposes of delay.

IT IS SO STIPULATED.

Dated this 3rd day of September, 2019.    Dated this 3rd day of September, 2019.

KOLESAR & LEATHAM    KNEPPER & CLARK, LLC

By: /s/ Matthew D. Whittaker, Esq.    By: /s/ Miles N. Clark, Esq.
Michael R. Brooks, Esq.    Matthew L. Knepper, Esq.
Nevada Bar No. 007287    Nevada Bar No. 12796
Matthew D. Whittaker, Esq.    Miles N. Clark, Esq.
Nevada Bar No. 013281    Nevada Bar No. 13848
400 South Rampart Boulevard, Suite 400    5510 S. Fort Apache Rd, Suite 30
Las Vegas, Nevada 89145    Las Vegas, Nevada 89148

Attorneys for Defendants    David H. Krieger, Esq.
TROJAN CAPITAL INVESTMENTS, LLC    Nevada Bar No. 9086
and TRINITY FINANCIAL SERVICES, LLC    HAINES & KRIEGER, LLC
    8985 S. Eastern Ave., Suite 350
    Las Vegas, Nevada 89123

    Attorneys for Plaintiff
    RODNEY MOTT

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 4, 2019