M‌ICHAEL R. B‌ROOKS, E‌SQ.
Nevada Bar No. 007287
M‌ATTHEW D. W‌HITTAKER, E‌SQ.
Nevada Bar No. 013281
K‌OLESAR & L‌EATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mbrooks@klnevada.com
mwhittaker@klnevada.com

Attorneys for Defendants
TROJAN CAPITAL INVESTMENTS, LLC and
TRINITY FINANCIAL SERVICES, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RODNEY MOTT,<br><br>                Plaintiff,<br><br>vs.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC; SELECT PORTFOLIO SERVICING, INC; TRINITY FINANCIAL SERVICES, LLC; and TROJAN CAPITAL INVESTMENTS, LLC,<br><br>                Defendants. | CASE NO. 2:16-cv-01949-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to LR IA 6-2 and LR 7-1, Plaintiff Rodney Mott and Defendants Trinity Financial Services, LLC and Trojan Capital Investments, LLC (collectively "Defendants"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On January 8, 2019, Plaintiff filed his Motion for Judgment on the Pleadings and Summary Judgment Regarding Trojan's Counterclaims, and Request for Judicial Notice [ECF Nos. 192, 193, 194]. That same day, Defendants filed their Motion for Summary Judgment [ECF No. 189].

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

1. 2. Defendants presently have until January 22, 2019, to respond to ECF No. 192 and January 29, 2019, to respond to ECF No. 193, even though they are identical documents. Plaintiff's Opposition to Defendants' Motion for Summary Judgment is due on January 29, 2019.

3. Plaintiff and Defendants agree to extend Defendants' deadline to respond to ECF No. 192 from January 22, 2020 to January 29, 2020, to allow all Oppositions to be due on the same day.

This Stipulation is made for good cause and not for the purposes of delay.

IT IS SO STIPULATED.

| Dated this 9th day of January, 2020. | Dated this 9th day of January, 2020. |
|---|---|
| KOLESAR & LEATHAM | KNEPPER & CLARK, LLC |
| By: /s/ ***MICHAEL R. BROOKS***<br>Michael R. Brooks, Esq.<br>Nevada Bar No. 007287<br>Matthew D. Whittaker, Esq.<br>Nevada Bar No. 013281<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145 | By: /s/ ***MILES N. CLARK***<br>Matthew L. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 S. Fort Apache Rd, Suite 30<br>Las Vegas, Nevada 89148 |
| Attorneys for Defendants<br>TROJAN CAPITAL INVESTMENTS, LLC<br>and TRINITY FINANCIAL SERVICES, LLC | David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br><br>Attorneys for Plaintiff<br>RODNEY MOTT |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 10, 2020

Stipulation 010920 (10166-1)     Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kolesar & Leatham, and that on the 9thth day of January 2020, I caused to be served a true and correct copy of foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

Matthew Knepper, Esq.
Miles N. Clark, Esq.
Knepper & Clark
5510 So. Fort Apache Road, Suite 30
Las Vegas, NV  89148-7700

*Attorneys for Plaintiff*
*Rodney Mott*

*/s/ S. Dianne Pomonis*
An Employee of KOLESAR & LEATHAM