1  Matthew I. Knepper, Esq.
   Nevada Bar No. 12796
2  Miles N. Clark, Esq.
   Nevada Bar No. 13848
3  KNEPPER & CLARK LLC
   5510 So. Fort Apache Rd, Suite 30
4  Las Vegas, NV 89148
   Phone: (702) 856-7430
5  Fax: (702) 447-8048
   Email: matthew.knepper@knepperclark.com
6  Email: miles.clark@knepperclark.com

7
   David H. Krieger, Esq.
8  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
9  8985 S. Eastern Ave., Suite 350
   Las Vegas, NV 89123
10 Phone: (702) 880-5554
   Fax: (702) 385-5518
11 Email: dkrieger@hainesandkrieger.com
   *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MOTT, | Case No. 2:16-cv-01949-JCM-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND MOTION FOR JUDGMENT ON THE PLEADINGS, AND FOR DEFENDANTS TO FILE RESPONSES TO PLAINTIFF'S MOTION TO STRIKE AND FOR SANCTIONS** |
| v. | |
| TRINITY FINANCIAL SERVICES, LLC; and TROJAN CAPITAL INVESTMENTS, LLC, | |
| Defendants. | |
| | **[FIRST REQUEST]** |
| | Complaint filed: August 16, 2016 |
| TROJAN CAPITAL INVESTMENTS, LLC, | |
| Counterclaimant, | |
| v. | |
| RODNEY MOTT, | |
| Counterdefendant. | |

Plaintiff Rodney Mott ("Plaintiff"), by and through his counsel of record, and Defendants Trinity Financial Services, LLC; and Trojan Capital Investments, LLC ("Defendants") (collectively, the "Parties") have agreed and stipulated to the following:

1. On January 8, 2020, Plaintiff filed his Motion for Partial Summary Judgment. [ECF Dkt. 193]

2. On January 8, 2020, Plaintiff also filed his Motion for Judgment on the Pleadings. [ECF Dkt. 193]

3. On January 8, 2020, Defendants filed their Motion for Summary Judgment. [ECF Dkt. 189]

4. On January 10, 2020, the Court granted the Parties' stipulation for an extension of time in connection with Plaintiff's Motion for Judgment on the Pleadings. [ECF Dkt. 200]

5. On January 29, 2020, the Parties filed their respective Responses to Summary Judgment. [ECF Dkt. 201, 204]

6. On January 29, 2020, Plaintiff filed Motions to Strike and for Sanctions. [ECF Dkt. 205, 206]

7. The Parties' present summary-judgment Reply deadlines are February 12, 2020, and Plaintiff's Reply deadline for his Motion for Judgment on the Pleadings is February 5, 2020. Defendants' Response deadlines to Plaintiff's Motions to Strike and for Sanctions is February 12, 2020.

The Parties have agreed to extend time for the Parties to file their replies because Plaintiff's counsel has a major appellate opening brief due February 5, 2020, and will be in San Francisco for an oral argument on February 12. The Parties have also agreed that extending Defendants' time to respond to Plaintiff's Motions to Strike and for Sanctions will assist in coordination of motion practice.

As a result, both the Parties hereby request this Court to further extend the date for the Parties to file (1) their Replies in Support of Motion for Summary Judgment, and (2) Plaintiff's Reply in support of his Motion for Judgement on the Pleadings, and (3) Defendants' Responses to Plaintiff's Motions to Strike and for Sanctions, until **February 17, 2020**.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose

**IT IS SO STIPULATED.**
Dated January 31, 2020

| **KNEPPER & CLARK LLC** | **KOLESAR & LEATHAM** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Michael R. Brooks* |
| Matthew I. Knepper, Esq. | Michael R. Brooks, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 7287 |
| Miles N. Clark, Esq. | Matthew D. Whittaker, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 13281 |
| 5510 So. Fort Apache Rd, Suite 30 | 400 S. Rampart Blvd., Suite 400 |
| Las Vegas, NV 89148 | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: mbrooks@klnevada.com |
| Email: miles.clark@knepperclark.com | Email: mwhittaker@klnevada.com |
| | |
| **HAINES & KRIEGER LLC** | *Counsel for Defendants* |
| David H. Krieger, Esq. | *Trinity Financial Services, LLC and Trojan Capital Investments, LLC* |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Las Vegas, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT

## OF MOTION FOR SUMMARY JUDGMENT

**IT IS SO ORDERED**

UNITED STATES DISTRICT COURT JUDGE

DATED February 3, 2020.