MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
MATTHEW D. WHITTAKER, ESQ.
Nevada Bar No. 013281
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   mbrooks@klnevada.com
          mwhittaker@klnevada.com

Attorneys for Defendants
TROJAN CAPITAL INVESTMENTS, LLC and
TRINITY FINANCIAL SERVICES, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RODNEY MOTT,<br><br>        Plaintiff,<br><br>   vs.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC; SELECT PORTFOLIO SERVICING, INC; TRINITY FINANCIAL SERVICES, LLC; and TROJAN CAPITAL INVESTMENTS, LLC,<br><br>        Defendants. | CASE NO. 2:16-cv-01949-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND MOTION FOR JUDGMENT ON THE PLEADINGS, AND FOR DEFENDANTS TO FILE RESPONSES TO PLAINTIFF'S MOTION TO STRIKE AND FOR SANCTIONS**<br><br>**[SECOND REQUEST]** |

Pursuant to LR IA 6-2 and LR 7-1, Plaintiff Rodney Mott ("Plaintiff") and Defendants Trinity Financial Services, LLC and Trojan Capital Investments, LLC (collectively "Defendants"), by and through their respective attorneys of record, stipulate and agree as follows:

1.    On January 8, 2019, Plaintiff filed his Motion for Judgment on the Pleadings and Summary Judgment Regarding Trojan's Counterclaims, and Request for Judicial Notice [ECF Nos. 192, 193, 194]. That same day, Defendants filed their Motion for Summary Judgment [ECF No. 189].

2.    On January 29, 2020, the Parties filed their respective Responses to Summary

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

Judgment [ECF Nos. 201 and 204]. Plaintiff also filed Motions to Strike and for Sanctions that day [EFC Nos. 205 and 206].

3. The Court signed an Order granting a Stipulation making February 17, 2020, the deadline for the parties to file (1) their Replies in Support of Motion for Summary Judgment, (2) Plaintiff's Reply in Support of Motion for Judgment on the pleadings, and (3) Defendants' Responses to Plaintiff's Motions to Strike and for Sanctions.

4. At the time of the first Stipulation, the parties did not realize that February 17, 2020, is a Court Holiday. Accordingly, the law offices for each of the parties will be closed creating staffing issues for the filing of the respective Replies and Responses.

5. Accordingly, the parties stipulate to extend the deadline one day from February 17, 2020 to February 18, 2020.

This Stipulation is made for good cause and not for the purposes of delay.

IT IS SO STIPULATED.

Dated this 14th day of February, 2020.

KOLESAR & LEATHAM

By: /s/ **MICHAEL R. BROOKS**
Michael R. Brooks, Esq.
Nevada Bar No. 007287
Matthew D. Whittaker, Esq.
Nevada Bar No. 013281
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendants
TROJAN CAPITAL INVESTMENTS, LLC
and TRINITY FINANCIAL SERVICES, LLC

Dated this 14th day of February, 2020.

KNEPPER & CLARK, LLC

By: /s/ **MILES N. CLARK**
Matthew L. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
5510 S. Fort Apache Rd, Suite 30
Las Vegas, Nevada 89148

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123

Attorneys for Plaintiff
RODNEY MOTT

**IT IS SO ORDERED.**

DATED: February 14, 2020

_____
UNITED STATES DISTRICT JUDGE

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472