# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RODNEY MOTT,<br><br>                          Plaintiff(s),<br><br>    v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC., et al.,<br><br>                          Defendant(s). | Case No. 2:16-CV-1949 JCM (EJY)<br><br>ORDER |

      Presently before the court is the matter of *Mott v. The PNC Financial Services Group, Inc., et al.*, case number 2:16-cv-01949-JCM-EJY.

      On April 3, 2020, the court granted Trinity Financial Services, LLC ("Trinity") and Trojan Capital Investments, LLC's ("Trojan")'s motion for summary judgment. (ECF No. 220). The court ordered Trojan to file a proposed judgment consistent with that order within 14 days. *Id.* at 13. Since this court's order, plaintiff Rodney Mott has filed his notice of appeal (ECF No. 222), but conspicuously absent from the docket is Trojan's proposed judgment.

      Accordingly,

      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Trojan shall file, within 7 days of this order, a proposed judgment consistent with this court's prior order (ECF No. 220).

      DATED April 28, 2020.

                                                  /s/ James C. Mahan
                                                  UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**